UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Arthur Sheldon,

                            Plaintiff,

    -v.-                                                      1:05-CV-0419
                                                                   (NPM/VEB)

Commissioner of Social Security,

                            Defendant.

---

APPEARANCES:                           OF COUNSEL:

FOR PLAINTIFF:

Erwin, McCane Law Firm              Thomas C. Erwin
23 Elk Street
Albany, NY 12207

FOR DEFENDANT:

Office of the United States Attorney     William Pease, AUSA
100 South Clinton Street
Syracuse, NY 13261-7198

Neal P. McCurn, Senior District Judge

## *Order*

     Plaintiff, Arthur Sheldon, brings this action pursuant to the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3), seeking review of a final decision of the defendant, Commissioner of Social Security ("the Commissioner"), denying his applications for disability insurance benefits ("DIB") and Supplemental Security

Income ("SSI").  By Report-Recommendation dated November 30, 2009, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommends that the Commissioner's decision denying disability and SSI benefits be remanded for further proceedings in accordance with his recommendation and pursuant to sentence four of 42 U.S.C. § 405(g).  See Dkt. No. 11.  Neither party having objected thereto, and this court having carefully reviewed same for clear error, this court adopts the Report-Recommendation in its entirety.  See 28 U.S.C. § 636(b)(1).

    Accordingly, it is ORDERED that the Commissioner's decision denying disability and SSI benefits be remanded for further proceedings in accordance with the November 30, 2009 Report-Recommendation of the Honorable Victor E. Bianchini, United States Magistrate Judge and pursuant to sentence four of 42 U.S.C. § 405(g).


    IT IS SO ORDERED.


DATED:     December 29,  2009
               Syracuse, New York


_____
Neal P. McCurn
Senior  U.S. District Judge