# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**ARTHUR SHELDON**

      vs.                             **CASE NUMBER: 1:05-cv-419**
                                                             (NPM/VEB)

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of Magistrate Judge Victor E. Bianchini is hereby adopted in its entirety.  The Commissioner's decision denying disability and SSI benefits is REMANDED for further administrative proceedings in accordance with Sentence four of 42 U.S.C. § 405(g).  This action is hereby closed.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 29th day of December, 2009.

DATED: December 30, 2009

                                                *Lawrence K. Baerman*
                                                Clerk of Court

                                                s/
                                                Melissa Ennis
                                                Deputy Clerk