UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
**************************************

ARTHUR SHELDON,

               Plaintiff,

               v.

THE

ACT

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
**************************************

Civil Action
No. 05-CV-0419

CONSENT ORDER AWARDING ATTORNEY'S FEES UNDER EQUAL ACCESS TO JUSTICE (EAJA), 28 U.S.C. § 2412(d)

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA)(28 U.S.C. § 2412) in the amount of one thousand one hundred sixty-two dollars and fifty cents ($1,162.50) plus expenses in the amount of thirteen dollars and ninety-five cents ($13.95). Such award is made in full satisfaction of his claim for attorney fees pursuant to the EAJA.

      It is further agreed that payment of fees will be made directly to plaintiff's attorney, Thomas C. Erwin, pursuant to a valid assignment of EAJA fees contained in the Federal Court fee agreement between Mr. Erwin and his client, Mr. Arthur Sheldon.

      AND, the Court having reviewed the record in this matter;

IT IS on this      day of March, 2010;

ORDERED that plaintiff be awarded fees under EAJA in the amount $1,162.50 plus expenses in the amount of $13.95.

```
Dated: March 12, 2010
       At Syracuse, NY
```

_____
Neal P. McCurn
Senior U.S. District Judge


The undersigned hereby consent to the form and entry of the within order.

>Richard S. Hartunian
>United States Attorney
>Northern District of New York
>Attorney for Defendant
>
>By: /s/William H. Pease
>William H. Pease
>Assistant United States Attorney
>100 South Clinton Street
>Syracuse, New York   13261
>
>
>/s/ Thomas C. Erwin
>Thomas C. Erwin. Esq.
>Attorney for Plaintiff
>Erwin McCane Law Firm
>23 Elk Street
>Albany, New York   12207